UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACK RYAN and COURTNEY GASSEN,
as individuals, and as natural guardians
of L.R and S.R., minors

    Plaintiff,

v.                                                                    Case No.:

ADALWIN, LLC and
INVITIATION HOMES REALTY LLC

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, ADALWIN, LLC and INVITATION HOMES REALTY LLC (collectively "Defendants"), submit the following Notice of Removal of this action from the Circuit Court for the Sixth Judicial Circuit in and for Pasco County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  In support of this Notice of Removal and this Court's jurisdiction, Defendants state:

### Introduction and Procedural Background

1. The Complaint in the action styled *Jack Ryan and Courtney Gassen, as indiviuals, and as natural guardians of L.R. and S.R, minors v. Adalwin, LLC and Invitation Homes Realty, LLC*, Case Number 2023-ca-000971-CAAXW, was filed in the Circuit Court for the Sixth Judicial Circuit in and for Pasco County, Florida on or about March 19, 2023.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint and state court civil cover sheet are attached hereto as **Exhibits A-1 and A-2, respectively**, and are

1

incorporated herein by this reference. The remaining state court pleadings are attached as **Composite Exhibit B**.

3. The United States District Court for the Middle District of Florida, Tampa Division is the federal court district and division in which the state court action was filed.

4. The Complaint purports to state causes of action for negligence and strict liability.

5. The Defendants were served on or about May 19, 2023. Accordingly, pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within 30 days after the receipt by the Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claims for relief upon which such action or proceeding is based.

6. Removal to this Court is proper under 28 U.S.C. §§ 1332, 1441, and 1446 because, as shown below, this Court has diversity jurisdiction.

7. In removing this action, Defendants do not intend to waive any rights or defenses to which it is entitled, including but not limited to those set forth in Rules 12(b) and 13, Federal Rules of Civil Procedure.

8. Defendants are filing a copy of this Notice with the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, as required by 28 U.S.C. § 1446(d).

9. Defendants are also serving a copy of this Notice upon all adverse parties as required by 28 U.S.C. § 1446(d).

## Analysis

10. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

    **A.**    **The Amount in Controversy Exceeds $75,000.00**

11.    The allegations of the Complaint, as well as the demand previously forwarded by Plaintiff's counsel, demonstrate that the alleged amount in controversy exceeds $75,000.00. *See* Declaration of Ms. Michelle Tecson, attached as **Exhibit C**, ¶ 17.

12.    Therefore, for the purposes of 28 U.S.C. § 1332, the matter in controversy exceeds the sum or value of $75,000.00.

    **B.**    **The Matter in Controversy is Between Citizens of Different States**

13.    The matter in controversy is between citizens of different states. As noted in her Complaint, Plaintiff is a citizen of the State of Florida. However, both Defendants are citizens of states other than Florida.

14.    As detailed in the declaration of Ms. Tecson, Adalwin, LLC is a Nevada limited liability company and none of its members are citizens of the State of Florida. *See* Exhibit C ¶¶ 3 - 7.

15.    In addition, Invitation Homes Realty LLC. is a Delaware limited liability company and none of its members are citizens of the State of Florida. *See id*., ¶¶ 3, 8 - 16.

16.    Consequently, for purposes of 28 U.S.C. § 1332, this is a matter between citizens of different states.

<u>**Conclusion**</u>

17.    Because, as shown above, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and this dispute involves citizens of different states, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, removal to this Court is proper under 28 U.S.C. §§ 1441(a) and (b).

WHEREFORE, Defendants remove this action to the United States District Court for the Middle District of Florida, Tampa Division.

/s/ Erik R. Matheney
Erik R. Matheney
Florida Bar No. 005411
ematheney@shutts.com
S. Elizabeth King
Florida Bar No. 122031
eking@shutts.com
SHUTTS & BOWEN LLP
4301W. Boy Scout Blvd, Suite 300
Tampa, FL 33607
Telephone: 813-229-8900
Facsimile: 813-229-8901
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2023, a true and correct copy of the foregoing has been electronically filed with the Court using the CMECF filing system and has been served by electronic mail notification to:

Panormitis Koulianos
Law Office of Jocic & Koulianos, P.A.
2965 US Alt 19
Palm Harbour, Florida
nkoulianoslaw@gmail.com
*Attorney for Plaintiffs*

/s/ Erik R. Matheney
Attorney